## Minnie E. Donnelly, Appellant, v. Hugh B. Donnelly, Appellee.

### Gen. No. 22,854.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CHARLES A. McDONALD, Judge, presiding. Heard in this court at October term, 1916. Reversed and remanded with directions. Opinion filed June 11, 1917.

### Statement of the Case.

Bill for divorce on the ground of cruelty by Minnie E. Donnelly, complainant, and against Hugh B. Donnelly, defendant, and cross-bill for divorce on ground of desertion by defendant. From a decree denying leave to complainant to file an amended bill for separate maintenance, and dismissing her bill for divorce without equity, complainant appeals.

CHARLES S. KNUDSON, for appellant.

No appearance for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. DIVORCE—*when leave to file amended bill for separate maintenance is improperly denied.* Where a complainant in an action for separate maintenance filed an amended bill asking for a decree of divorce, *held* that the court erred in refusing to allow defendant to withdraw her bill for divorce and file an amended bill for separate maintenance.

2. HUSBAND AND WIFE, § 264*—*when evidence is sufficient to sustain decree for separate maintenance.* On a bill by a wife for a divorce in which the complainant asked leave to file an amended bill for separate maintenance, evidence *held* sufficient to warrant a decree for separate maintenance on the ground of cruelty.

3. DIVORCE—*when decree of separate maintenance will not be entered.* A bill seeking a divorce and one seeking separate maintenance are separate and distinct proceedings under separate statutes, and where a bill asks for a divorce, although leave to file an amended bill for separate maintenance is improperly denied, and the evidence is sufficient to warrant a decree for separate maintenance, the Appellate Court will not direct such a decree to be entered under the prayer of the bill for general relief.